27 F.3d 557
 Lighthouse Associates, Estate of Stanzione (Alphonse A.,
Jr.), Stanzione (Richard D.), Nulle (Patrick)
v.
Kramer (Morton, Eli), Fiorino (John), Exit 67 Acres, Inc. v.
Federal Deposit Insurance Corporation, as Receiver for First
National Bank of Toms River v. Ernst, Ernst & Lissenden,
Kramer (Morton, Eli), Fiornio (John), Exit 67 Acres, Inc.
 NO. 93-5603
 United States Court of Appeals,
Third Circuit.
 May 20, 1994
 
 Appeal From: D.N.J.,
 Thompson, J.
 
 
 1
 AFFIRMED.